IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL NO.1:08cr85WJG-RHW-2

AMBER D. DUNGAN

FINAL ORDER OF FORFEITURE

WHEREAS, on January 6, 2009, this Court entered a Preliminary Order of Forfeiture ordering Defendant Amber D. Dungan to forfeit a money judgment in the amount of $16,019.66, (Ct. R. Doc. 47); and,

WHEREAS, the Court finds that Defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and,

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW THEREFORE, it is hereby,

ORDERED, ADJUDGED AND DECREED that a money judgment in the amount of $16,019.66 is hereby forfeited to the United States of America [United States] pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). It is further,

ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property

described above is hereby condemned, forfeited and vested in the United States, and shall be disposed of according to law. It is further,

ORDERED AND ADJUDGED that this Final Order of Forfeiture shall be enrolled in all appropriate Judgment Rolls. It is further,

ORDERED AND ADJUDGED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED this 2nd day of February, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE